GREGORY P. WONG (SBN: 204502)
HEATHER K. COX (SBN: 278898)
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
greg@barklawfirm.com
heather@barklawfirm.com
Attorneys for Plaintiff DILCIA ARÍAS

Jamie Rudman (SBN 166727)
rudman@sanchez-amador.com
Jasmine S. Horton (SBN 272297)
horton@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax
Attorneys for JPMorgan Chase Bank, N.A.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILCIA ARIAS, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE NATIONAL ASSOCIATION, a federally charted bank; and DOES 1-20 inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-04024-MWF-AGR<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41 (a)(1)** |

ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)

It is hereby stipulated by and between Plaintiff DILCIA ARÍAS ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their respective counsel of record, that the above-entitled action be dismissed with prejudice in its entirety against all named parties, pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO STIPULATED.**

DATED: January 25, 2021

BARKHORDARIAN LAW FIRM, PLC

/s/ Heather K. Cox

_____
Heather K. Cox
Attorneys for Plaintiff
Dilcia Arias

DATED: January 25, 2021

SANCHEZ & AMADOR, LLP

/s/ Jamie Rudman

_____
Jamie Rudman
Jasmine S. Horton
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)

**ORDER**

Based on the above stipulation and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Dilcia Arias' Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

Dated: January 26, 2021

_____
MICHAEL W. FITZGERAD
United States District Court Judge